IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| P. I., | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:21-cv-00075-CHW |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | Social Security Appeal |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for the entry of judgment to remand this case for further administrative action. (Doc. 20). In light of that request, to which Plaintiff consents, the Court hereby **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) for further proceedings. *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Commissioner will reevaluate the medical evidence, supplement the record if needed, offer Plaintiff the opportunity a supplemental hearing, and reconsider whether Plaintiff's disability continued or ceased during the period at issue.

**SO ORDERED**, this 9th day of December, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).